IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| LASERTEL NORTH AMERICA, | : | CASE NO. 3:12-CV-354 |
| | : | |
| Plaintiff, | : | Judge Thomas M. Rose |
| | : | Magistrate Judge Michael J. Newman |
| v. | : | |
| | : | |
| INNOVA, INC., | : | ENTRY OF |
| | : | <u>DEFAULT JUDGMENT</u> |
| Defendant. | : | |

_____

Based upon Plaintiff Lasertel North America's ("Lasertel") Motion for Default Judgment and good cause appearing therefore, it is hereby ORDERED that judgment by default is entered in favor of Lasertel and against Defendant Innova, Inc. on all claims in the Complaint.

IT IS FURTHER ORDERED that Lasertel is entitled to (1) damages in the amount of $426,358.60 plus contractual pre-judgment interest in the amount of $155,650.99; (2) attorneys' fees, costs, and expenses to be calculated at a later date; and (3) post-judgment interest at the rate of 12%.

<u>May 13, 2013</u>                                        <u>s/Thomas M. Rose                    </u>

Date                                                                        UNITED STATES DISTRICT JUDGE

718896.1