# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| **LASERTEL NORTH AMERICA** | Case No. 3:12-cv-00354 |
| Plaintiff-Judgment Creditor, | JUDGE ROSE |
| v. | MAGISTRATE NEWMAN |
| **INNOVA, INC.** | **ORDER DEEMING CHARGING ORDER SATISFIED, DISCONTINUING MONTHLY STATUS REPORTING, AND CLOSING PROCEEDING** |
| Defendant-Judgment Debtor. | |

Before the Court is the motion of Plaintiff, Lasertel North America, requesting that the Court enter an order substantially that would (a) deem the Court's order of April 7, 2016 (Doc. 56; the "Charging Order"), charging the interest of Defendant-Judgment Debtor, Innova, Inc. ("Innova"), in D-Diode, LLC ("D-Diode") satisfied; (b) discontinue Lasertel's monthly status reporting requirements set forth in the Court's order of May 23, 2014 (Doc. 32); and (c) close the case without prejudice to Lasertel reopening for the purpose of initiating new proceedings in aid of execution (the "Motion").  The Court finds that good cause exists to grant the Motion.

It is, therefore, ORDERED that:

1. The Motion is hereby GRANTED.

2. By virtue of a private settlement reached among D-Diode, its majority member FLIR Systems, Inc. ("FLIR"), and Lasertel as it relates to the Charging Order, D-Diode has satisfied all of its obligations under the Charging Order.  The Charging Order is therefore released and discharged.

3. The foregoing release and discharge of the Charging Order is without prejudice to Lasertel to seek further orders in aid of execution against Innova and shall not be deemed a satisfaction, wavier, release or discharge of the judgment against Innova in favor of Lasertel.

4. The Court hereby instructs the clerk to remove this case from the active docket and designate it as closed. Lasertel may reopen this case and return the case to the active docket for good cause shown.

5. Lasertel shall have no further reporting obligations concerning the status of its efforts in aid of execution of its judgment absent further order of the Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, January 5, 2018.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE